IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CONSTANTINEE L. JACKSON,

  Plaintiff, : Case No. 2:19-cv-5676

 -vs-                                     Judge Sarah D. Morrison
                                                Magistrate Judge Chelsey M. Vascura
THE PROCTOR & GAMBLE CO.,
                                              :

  Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on February 13, 2020. (ECF No. 5). In that filing, the Magistrate Judge recommended that Plaintiff's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Magistrate Judge also recommended that no filing fee be assessed to Plaintiff and that she be ordered to list this action as a related case if she re-files. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 5) and **DISMISSES WITHOUT PREJUDICE** the Complaint (ECF No. 1). No filing fee shall be assessed to Plaintiff in this matter and Plaintiff is **ORDERED** to list the instant action as a related case if she re-files her complaint. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                                    /s/ Sarah D. Morrison
                                                    SARAH D. MORRISON
                                                    UNITED STATES DISTRICT JUDGE